IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-00585-WYD-MJW

CORNELIO MARTINEZ,

Plaintiff(s),

v.

FAMILY DOLLAR STORES OF COLORADO, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 17) is GRANTED finding good cause shown.  The written Protective Order (docket no. 17-1) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date:  June 12, 2012