IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     12-cv-00585-WYD-MJW

CORNELIO MARTINEZ, an individual,

    Plaintiff,

v.

FAMILY DOLLAR STORES OF COLORADO, INC., a Colorado Corporation,

    Defendant.

### ORDER

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice [ECF No. 21], filed September 12, 2012.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice [ECF No. 21], filed September 12, 2012, is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   September 13, 2012.

                         BY THE COURT:


                         s/ Wiley Y. Daniel_____
                         WILEY Y. DANIEL,
                         CHIEF UNITED STATES DISTRICT JUDGE